**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed April 14, 2020.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-20-00259-CR

---

### IN RE DARIUS DURON ELAM, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**232nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 380350-I**

---

## MEMORANDUM OPINION

On April 6, 2020, relator Darius Duron Elam filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52.

In the petition, relator states that he filed a post-conviction application for writ of habeas corpus, claiming actual innocence based on newly discovered evidence. According to relator, the Texas Court of Criminal Appeals ordered the Honorable

Josh Hill, presiding judge of the 232nd District Court of Harris County, to hold an evidentiary hearing and make findings of fact as to whether it is reasonably probable that relator would not have been convicted had the jury heard the newly discovered evidence.[1]  Relator asks this court to compel the respondent to hold the purportedly ordered evidentiary hearing and make findings of fact.

While the courts of appeals have mandamus jurisdiction in criminal matters, only the Texas Court of Criminal Appeals has jurisdiction in final post-conviction felony proceedings.  Tex. Code Crim. Proc. Ann. art. 11.07, § 5; *Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991).  Therefore, we have no jurisdiction with regard to relator's request in his petition.

Accordingly, we dismiss relator's petition for writ of mandamus for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b).

---

[1] Relator did not provide this court with a copy of the order from the Texas Court of Criminal Appeals.

2